**PARKER POHL** LLP

99 Park Avenue, Suite 1510, New York, NY 10016
T 212-202-8886  F 646-924-3100  parkerpohl.com

David M. Pohl
david.pohl@parkerpohl.com

**By ECF**

October 6, 2023

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023
```

Re:   *Silvertip Capital (IG) LLC, v. Baraka Investment Limited, et. al.* Case No. 22-cv-10746

Dear Judge Vyskocil:

We represent Plaintiff. Defendants' counsel, Patrick Bonner, is copied on this letter and consents to the short adjournment requested herein.

On October 5, 2023, the Court scheduled an Initial Pretrial Conference for October 19, 2023 at 11:00 a.m. (ECF Doc. 57) Per Your Honor's Individual Rules, my presence at that conference is necessary. (*See* Individual Rule 3(A) ("The attorney who will serve as principal trial counsel must appear at all conferences with the Court."))

Unfortunately, I have a long-scheduled oral argument that same morning on a matter pending in Kings County Supreme Court. (*Manhattan Ave Acquisition LLC v. Ipparraguirre, et al.*, Index No. 513256/2020 (Sup. Ct. Kings Co.))

Accordingly, I write to request a short adjournment of the Initial Pretrial Conference. I have conferred with Defendants' counsel, and we are both available on the following dates: October 23, 24, 25, 30, 31, and November 1, 2, 13, 15, 16, and 17.

We thank the Court for its attention to this matter.

Respectfully submitted,

David M. Pohl

cc:   All counsel of record (via ECF)

---

**GRANTED. The in-person Initial Pretrial Conference previously scheduled for October 19, 2023 at 11:00 AM is ADJOURNED to November 2, 2023 at 10:30 AM. SO ORDERED.**

Date: 10/6/2023
New York, New York

Mary Kay Vyskocil
United States District Judge