# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

SILVERTIP CAPITAL (IG) LLC,

                     Plaintiff,                     22 **CIVIL** 10746 (MKV)

     -against-                           **<u>JUDGMENT</u>**

BARAKA INVESTMENT LIMITED,
BARAKA INVESTMENT (HONG KONG)
LIMITED, BARAKA INVESTMENT LTD.,
and JON OLAFSSON,

                     Defendants.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2025, Plaintiff's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     March 20, 2025

                                                             **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                               **BY:**

                                                              **Deputy Clerk**