```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/7/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
SILVERTIP CAPITAL (IG) LLC,                          :
                                                     :
                Plaintiff,           :   Case No. 22-cv-10746-MKV
                                                     :
  - v. -                                             :   **AMENDED JUDGMENT**
                                                     :
BARAKA INVESTMENT LIMITED, BARAKA                    :
INVESTMENT (HONG KONG) LIMITED, BARAKA               :
INVESTMENT LTD., and JON OLAFSSON,                   :
                                                     :
                Defendants.         :
------------------------------------------------------------------x

The Court, by Opinion and Order dated March 20, 2025, having GRANTED Plaintiff Silvertip Capital (IG) LLC's motion for summary judgment against Defendants Baraka Investment Limited, Baraka Investment Ltd., and Jon Olafsson (ECF Doc. 85); it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff Silvertip Capital (IG) LLC have judgment against Defendants Baraka Investment Limited, Baraka Investment Ltd., and Jon Olafsson, jointly and severally, for the principal sum of USD $3,100,000; plus interest at 5% interest per annum on USD $3,000,000 from December 28, 2016 to March 1, 2017, in the amount of USD $26,301.37; plus interest at 5% interest per annum on USD $3,100,000 from March 2, 2017 to March 27, 2025, in the amount of USD $1,251,890.41; amounting to a total Judgment owed of $4,378,191.78; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Judgment shall accrue post-judgment interest at the New York statutory rate of 9% per annum.

Dated: New York, New York
       April 7, 2025

                                                                        *Mary Kay Vyskocil*
                                                       **MARY KAY VYSKOCIL**
                                                      **United States District Judge**