**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

SILVERTIP CAPITAL (IG) LLC,                         :
                                                    :
                             Plaintiff,             :
                                                    :
              - v. -                                :       Case No. 22-cv-10746-MKV
                                                    :
BARAKA INVESTMENT LIMITED, BARAKA                   :
INVESTMENT (HONG KONG) LIMITED, BARAKA              :
INVESTMENT LTD., and JON OLAFSSON,                  :
                                                    :
                             Defendants.            :
-------------------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/18/26 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
### TO COMPEL COMPLIANCE WITH POST-JUDGMENT DISCOVERY

Upon consideration of Plaintiff's Motion to Compel Compliance with Post-Judgment Discovery, filed on October 28, 2025, together with the supporting Memorandum of Law, Declaration of David M. Pohl with exhibits thereto (ECF Doc. 99-100), and having given Defendants the opportunity to be heard, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Motion to Compel Compliance with Post-Judgment Discovery is **GRANTED**; and it is further

**ORDERED** that Defendants must:

(1)     Comply in full with Plaintiff's Subpoena *Duces Tecum*, dated April 29, 2025, including by providing all information demanded therein;

(2)     Comply in full with Plaintiff's Information Subpoena and Restraining Notice to Jon Olafsson, dated April 29, 2025, including by providing all information demanded therein;

(3)    Comply in full with Plaintiff's Information Subpoena and Restraining Notice to Baraka Investment Limited and Baraka Investment Ltd., dated April 29, 2025, including by providing all information demanded therein; and

(4)    Take all steps necessary to ensure that Defendant Jon Olafsson appears in-person for a deposition in New York, New York on or before ___Aug. 18, 2026___ in full compliance with Plaintiff's Subpoena *Ad Testificandum* to Defendant Jon Olafsson, dated April 29, 2025, and Plaintiff's Subpoena *Ad Testificandum* to Defendants Baraka Investment Limited and Baraka Investment Ltd., Jon Olafsson, dated April 29, 2025; and it is further

**ORDERED** that Defendants shall bear Plaintiff's reasonable costs and attorneys' fees incurred in bringing this motion, ~~in the amount of $[~~      ~~*], to be paid within [*~~    ~~] days of this Order~~. within 90 days of Plaintiff's submission of detailed documentation of such reasonable attorneys' fees and costs.

Defendants are warned that failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. 37(b)(2)(A).

Dated: New York, New York            **SO ORDERED.**
       June 18, 2026

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

The Clerk of Court respectfully is requested to terminate the motion at ECF No. 99.

2